## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

| IN RE: | CASE NUMBER 09-11228 |
|---|---|
| Eleanora R. Smith | SECTION A |
| DEBTOR | CHAPTER 13 |

### ORDER

Upon consideration of the Motion for Relief for Automatic Stay, filed by Nationwide Advantage Mortgage on November 27, 2009, a hearing having been scheduled for December 29, 2009,

IT IS ORDERED that the automatic stay afforded by 11 U.S.C. § 362 be and it is hereby lifted to permit Nationwide Advantage Mortgage or its successors or assigns to judicially enforce its claim and to foreclose on its security interest in the following described property:

> One (1) certain lot or parcel of ground, together with all the buildings and Improvements thereon, and all of the rights-, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or In anywise appertaining, situated in the Parish of Jefferson, State of Louisiana, in that subdivision known as Wilshire Heights Subdivision, Section B, which according to a plan of subdivision by Adloe Orr, Jr. and Associates, C.E., dated 5-6-56, which was approved by the Police Jury for the Parish of Jefferson under Ordinance No. 3186, dated 6-16-56 on file in the Office of the Clerk of Court for the Parish of Jefferson in COB 402, folio 368, designated and measures as follows:
>
> LOT 15, SQUARE 9, bounded by Andrews Avenue, Harrison Avenue, and Ursuline Street and Martin Behrman, and said Lot 15 forms the corner of Andrews Avenue and Ursuline Street and between equal and parallel lines. All in accordance with survey of Gilbert, Kelly and Couturie, Inc., Surveying and Engineering, dated February 8, 1985. And according to a survey by Gilbert Kelly & Couturie, Inc, dated October 22, 1990.
>
> Which has the address of 924 Andrews Avenue, Metairie, LA 70005

IT IS FURTHER ORDERED that this Order lifting the automatic stay shall remain in full force and effect if the Debtors should convert this case to any other Chapter of the Bankruptcy Code.

IT IS FURTHER ORDERED that if any excess proceeds exist, Mover is directed to remit same to the Trustee. Mover is given leave to file an unsecured deficiency claim within 60 days after liquidation of the Collateral, if such claim exists.

New Orleans, Louisiana, January 4, 2010.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge